Court of Special Sessions unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Della Denton, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

James L. Ewell, Appellant, v. James B. Southard and Henry Terry, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Antonio Franzese, Respondent, v. Aniello Simonetti, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Rich, J., taking no part.

Harris Goldberg and Katie Goldberg, His Wife, Appellants, v. Emma Tuck and Berger Realty and Construction Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Anastasia Ordinewich, Respondent, v. Mary Mikantowicz, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

William H. Coonan, Respondent, v. Hamburg-American Packet Company, Appellant.— Motion to resettle order granted, so that it shall contain these additional provisions: The defendant may retax the costs which accrued to it prior to the service of plaintiff's amended complaint, within five days after the entry of this order and notice thereof, and all proceedings on the part of plaintiff in this action are hereby stayed until said costs are paid, and for thirty days thereafter; if such costs are not paid within ten days after such retaxation, defendant may apply at Special Term for an order dismissing the complaint, or for such other and further relief as may be just. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application of Francis R. Hitchcock for a Writ of Mandamus Directed to the Officers of the Union Ferry Company of New York and Brooklyn.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Land and Premises in the Block Bounded by Chauncey Street, Marion Street, Hopkinson Avenue and Rockaway Avenue, in the Borough of Brooklyn, etc.— Motion granted, without costs, so as to permit any alleged heirs of Sarah Duryea, represented by the counsel who made the motion, to appear and to be heard before the referee, without prejudice, however, to the proceedings heretofore had before him. The representation of such heirs by said counsel must be evidenced by written retainer, submitted to the referee within ten days after the granting of this motion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of Effingham L. Holywell, an Attorney.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.